Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

WILLIAM L. GOHRES )
)
    Plaintiff, )
)
vs. ) Case No. 2:18-cv-01932-JAD-CWH
)
TRANS UNION LLC, )
) ECF No. 14
    Defendant. )
)

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

| | |
|---|---|
| MITCHELL D. GLINER, ESQ. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ Mitchell D. Gliner | /s/ Jason G. Revzin |
| MITCHELL D. GLINER, ESQ. | JASON G. REVZIN, ESQ. |
| Nevada Bar No. 003419 | Nevada Bar No. 008629 |
| 3017 W. Charleston Blvd. # 95 | 6385 S. Rainbow Blvd., Suite 600 |
| Las Vegas, Nevada 89102 | Las Vegas, NV 89118 |
| Attorney for Plaintiff | Counsel for Defendant Trans Union LLC |

**ORDER**

Based on the parties' stipulation **[ECF No. 14]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 27, 2019